UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Kimberly J. Mueller
United States District Judge
Sacramento, California

RE: **Jose Manuel Lopez**
**Docket Number: 0972 2:10CR00055-005**
**PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

Jose Manuel Lopez is requesting permission to travel to Tijuana, Baja California, Mexico. Jose Manuel Lopez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On October 1, 2014, Jose Manuel Lopez was sentenced for the offense of 18 USC § 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime (Class A Felony).

**Sentence Imposed:** 72 months Bureau of Prisons, 36 months Supervised Release, and $100 Special Assessment (Paid). Special conditions include: Warrantless Search; Drug/Alcohol Treatment; Drug/Alcohol Testing; Aftercare Co-payment

**Dates and Mode of Travel:** November 5, 2017, through November 7, 2017. Will be driving a 2015 Jeep Cherokee, License Plate# 7MHX368

**Purpose:** Dental appointment.

1

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:** Jose Manuel Lopez
     Docket Number:  0972 2:10CR00055-005
     <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated:   October 30, 2017
         Fresno, California
         TDM/rmv

**REVIEWED BY:**   /s/ Brian J. Bedrosian
                  **Brian J. Bedrosian**
                  **Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

DATED:  November 1, 2017.

_____
UNITED STATES DISTRICT JUDGE